ANNALISA N. GRANT, ESQ.
Nevada Bar No. 11807
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax:    (855) 429-3413
Annalisa.Grant@aig.com

Attorney for Defendants
JOGINDER SINGH and
PEOPLE EXPRESS TRANSPORT LTD.

# DISTRICT COURT

## CLARK COUNTY, NEVADA

* * *

| | |
|---|---|
| CARLOS ESPINOZA; and CRISTINA ESPINOZA, Husband and Wife | CASE NO.:  A-17-757605-C<br>DEPT. NO.: XXI |
| Plaintiffs, | PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) |
| vs. | **(Diversity Jurisdiction)** |
| JOGINDER SINGH; PEOPLE EXPRESS TRANSPORT LTD.; DOES I through V and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

COME NOW Defendants JOGINDER SINGH and PEOPLE EXPRESS TRANSPORT, LTD., by and through their counsel of record, ANNALISA N. GRANT, ESQ., of the law firm of GRANT & ASSOCIATES, and hereby submit and respectfully show:

1.      Petitioners JOGINDER SINGH and PEOPLE EXPRESS TRANSPORT, LTD. are Defendants in the above-entitled action.

2.      The above-entitled action was commenced in the Eighth Judicial District Court in and for Clark County, District of Nevada, on or about June 28, 2017, and is now pending in that court.  Defendants JOGINDER SINGH and PEOPLE EXPRESS TRANSPORT, LTD. answered the Complaint on or about September 27, 2017.

3.      A copy of the original Complaint is attached as **EXHIBIT A**. A copy of JOGINDER SINGH and PEOPLE EXPRESS TRANSPORT, LTD.'s Answer to the Complaint

1

is attached as **EXHIBIT B**.  A copy of Defendants JOGINDER SINGH and PEOPLE EXPRESS TRANSPORT, LTD.'s Demand for Jury Trial is attached as **EXHIBIT C**.

4.      This Petition is filed timely pursuant to 28 USC §1446(b)(3).

5.      This action is a civil action of which this Court has diversity jurisdiction under the provisions of 28 USC §1332, and is one which may be removed to this Court by Petitioner, pursuant to the provisions of 28 USC §1446(b).

5.      Petitioners are informed, believe and thereon allege that Plaintiffs CARLOS ESPINOZA and CHRISTINA ESPINOZA are and were at the time this action was commenced, residents of Clark County in the State of Nevada and that they are citizens of the State of Nevada.

6.      Complete diversity of citizenship exists since Plaintiffs are a citizen of the State of Nevada and Defendant PEOPLE EXPRESS TRANSPORT, LTD. is a corporation incorporated under the laws of and having its principal place of business in Alberta, Canada. Defendant JOGINDER SINGH ESPINOZA is and was at the time this action was commenced, a resident of Alberta, Canada and that he is a citizen of Canada. Defendants JOGINDER SINGH and PEOPLE EXPRESS TRANSPORT, LTD. are the only defendants that have been served with a summons and complaint in this action.

7.      The above-entitled civil action is based on a claim for injuries Plaintiff alleges occurred on northbound Interstate 15 in Nipton, California.  Plaintiffs' claimed damages are alleged to be in excess of $75,000.  *See*, Plaintiffs Request for Exemption from Arbitration, attached hereto as **EXHIBIT D** (medical specials estimated at $111,117.99), which was received by Defendants on October 3, 2017.

8.      A copy of Defendants' Petition for Removal of Civil Action, seeking removal of the above-entitled action to the United States District Court, District of Nevada, has been deposited with the Deputy Clerk in the County Clerk's office for the Eighth Judicial District Court, in and for the County of Clark, State of Nevada.

9.      This Petition is filed with the Court within thirty (30) days after service on Defendants' counsel of information indicating that Plaintiffs' case has a potential value in

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1    excess of $75,000. Said information was contained in Plaintiffs' Request for Exemption from

2    Arbitration, served on Defendants on served on September 28, 2017, and received on October 3,

3    2017. *See*, **EXHIBIT D**. Accordingly, removal is timely and proper in this matter.

4         WHEREFORE, Defendants JOGINDER SINGH and PEOPLE EXPRESS

5    TRANSPORT, LTD. pray that the above-entitled action be removed from the Eighth Judicial

6    District Court in and for the County of Clark, State of Nevada, to this court.

7         DATED this 16ᵗʰ day of October, 2017.

8

9                            GRANT & ASSOCIATES

10

11                        ANNALISA N. GRANT, ESQ.

12                        Nevada Bar No. 11807
                          GRANT & ASSOCIATES

13                        7455 Arroyo Crossing Parkway, Suite 300
                          Las Vegas, Nevada 89113

14                        Phone: (702) 940-3529
                          Fax:    (855) 429-3413

15                        Annalisa.Grant@aig.com

16                        Attorney for Defendants,
                          JOGINDER SINGH and

17                        PEOPLE EXPRESS TRANSPORT LTD.

18

19

20

21

22

23

24

25

26

27

28

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada  89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1

## CERTIFICATE OF SERVICE

2

I certify that I am an employee of GRANT & ASSOCIATES and that on this 16th day of

3

October, 2017, I served a true and correct copy of the foregoing **DEFENDANTS JOGINDER**

4

**SINGH AND PEOPLE EXPRESS TRANSPORT LTD.'S PETITION FOR REMOVAL**

5

**OF ACTION UNDER 28 U.S.C. §1441(b)** by serving as follows:

6

    _x__ Through the Court authorized electronic mail to all parties listed on the master

7

               service pursuant to Administrative Order 14-2 and Rule 9 of the NEFCR;

8

    ____ depositing said document(s) with the U.S. Postal Service;

9

addressed to the following person(s) at the address(es) listed below:

10

    Daniel D. Simon, Esq.

11

    SIMON LAW
    810 South Casino Center Blvd.

12

    Las Vegas, NV 89101
    *Attorney for Plaintiffs*

13

14

15

_____

An Employee of

16

GRANT & ASSOCIATES

17

18

19

20

21

22

23

24

25

26

27

28

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

4

Exhibit "A"

Electronically Issued
7/7/2017 4:45 PM

SUMM

# DISTRICT COURT
# CLARK COUNTY, NEVADA

CARLOS ESPINOZA; and )
CRISTINA ESPINOZA, )
Husband and Wife, )
)
    Plaintiffs, )
)
vs. )       CASE NO.: A-17-757605-C
)     DEPARTMENT: XXI
JOGINDER SINGH; )
PEOPLE EXPRESS TRANSPORT LTD.; )
DOES I through V )
and ROE CORPORATIONS VI through X, )   **SUMMONS**
inclusive, )
)
    Defendants. )
)

*NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.*

*TO THE DEFENDANT:* A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

    1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.    Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

    3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of       **CLERK OF THE COURT**

By _____    7/7/2017

Daniel S. Simon, Esq. #4750    Deputy Clerk      Date
SIMON LAW    Clark County Courthouse
810 South Casino Center Blvd. LV, NV 89101  200 Lewis Avenue   **Shimaya Ladson**
Attorney for Plaintiff    Las Vegas, Nevada 89155

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

1 | STATE OF NEVADA          )
|                          ) ss:
2 | COUNTY OF CLARK          )

3 | _____, being duly sworn says: That at all times herein Affiant was and is a citizen of the
| United State, over 18 years of age, not a party to nor interested in the proceeding in which this Affidavit is made.  That Affiant
4 | received ___ copy(ies) of the Summons and Amended Complaint, _____

Electronically Issued
7/7/2017 4:45 PM



SUMM

# DISTRICT COURT
# CLARK COUNTY, NEVADA

CARLOS ESPINOZA; and
CRISTINA ESPINOZA,
Husband and Wife,

    Plaintiffs,

vs.

JOGINDER SINGH;
PEOPLE EXPRESS TRANSPORT LTD.;
DOES I through V
and ROE CORPORATIONS VI through X,
inclusive,

    Defendants.

CASE NO.: A-17-757605-C
DEPARTMENT: XXI

**SUMMONS**

*NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.*

*TO THE DEFENDANT:* A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

    1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

    2.    Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

    3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of

**CLERK OF THE COURT**

By _____

7/7/2017

Daniel S. Simon, Esq. #4750
SIMON LAW
810 South Casino Center Blvd. LV, NV 89101
Attorney for Plaintiff

Deputy Clerk
Clark County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155

Date
Shimaya Ladson

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

STATE OF NEVADA          )
                         ) ss:
COUNTY OF CLARK          )

_____, being duly sworn says: That at all times herein Affiant was and is a citizen of the United State, over 18 years of age, not a party to nor interested in the proceeding in which this Affidavit is made.  That Affiant received ___ copy(ies) of the Summons and Amended Complaint, _____

_____on the _____ day of _____, _____, an served the same on the _____ day of _____, _____, by:

1.    Delivering and leaving a copy with the Defendant _____ at
      _____

2.    Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at: _____.

3.    Serving the Defendant _____ by personally delivering and leaving a copy at ____
      _____.

      a.    With _____ as _____, an agent lawfully designated by statute to accept service of process;

      b.    With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4.    Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid:

              _____ Ordinary mail
              _____ Certified mail, return receipt requested
              _____ Registered mail, return receipt requested

      addressed to the Defendant _____ at Defendant's last known address which is _____
      _____.

SUBSCRIBED AND SWORN to before me this
_____ day of _____, _____

_____

Notary Public in and for the County of
State of Nevada

My commission expires: _____

(Signature of Person Making Service)

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2



Electronically Filed
6/28/2017 2:34 PM
Steven D. Grierson
CLERK OF THE COURT

1  | COMP
   | DANIEL S. SIMON, ESQ.
2  | Nevada Bar No. 4750
   | SIMON LAW
3  | 810 South Casino Center Boulevard
   | Las Vegas, Nevada 89101
4  | Telephone (702) 364-1650
   | Facsimile (702) 364-1655
5  | lawyers@simonlawlv.com
   | Attorneys for Plaintiff
6

# DISTRICT COURT

# CLARK COUNTY, NEVADA

CARLOS ESPINOZA; and             )
CRISTINA ESPINOZA,               )
Husband and Wife,                )
                                 )
        Plaintiffs,              )
                                 )        CASE NO.      A-17-757605-C
vs.                              )        DEPARTMENT:   Department 21
                                 )
JOGINDER SINGH;                  )
PEOPLE EXPRESS TRANSPORT LTD.;   )
DOES I  through V                )
and ROE CORPORATIONS VI through X, )      COMPLAINT
inclusive,                       )
                                 )
        Defendants.              )
_____)

COMES NOW Plaintiffs' CARLOS ESPINOZA and CRISTINA ESPINOZA, by and through

their attorney, DANIEL S. SIMON, ESQ., of SIMON LAW and for cause of action against

Defendants, alleges as follows:

## I.

## FIRST CAUSE OF ACTION

## (NEGLIGENCE)

1.      That all times relevant hereto, the Plaintiffs, CARLOS ESPINOZA and CRISTINA

ESPINOZA, were and now are residents of County of Clark, State of Nevada.

2.      Upon information and belief, at all times relevant hereto, Defendant JOGINDER

SINGH was and now is a resident of Calgary, Alberta.

3.      That upon information and belief, at all times relevant to this action, Defendant

PEOPLE EXPRESS TRANSPORT LTD. was a foreign company duly licensed and doing business

1  in the United State of America, including, County of Clark, State of Nevada.

2       4.      That the true names and capacities, whether individual, corporate, associate, or

3  otherwise, of the Defendant DOES I through V and ROE CORPORATIONS VI through X, inclusive,

4  is presently unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names.

5  Plaintiff is informed and believes and thereupon alleges that the Defendants herein designated as a

6  DOE and/or ROE CORPORATION are responsible in some manner for the events and happenings

7  herein referred to, thereby proximately causing the injury and damages to the Plaintiff as herein

8  alleged.  When the true names and or capacities of such Defendants becomes known, Plaintiff will

9  ask leave of this Court to amend his Complaint to insert the true names, identities and capacities,

10  together with the appropriate charging allegations.

11       5.      That on or about January 21, 2016, Plaintiff, CARLOS ESPINOZA, was a truck driver

12  traveling northbound on Interstate 15 when Defendant JOGINDER SINGH, while in the course and

13  scope of his employment with, Defendant PEOPLE EXPRESS TRANSPORT LTD., was driving a

14  vehicle owned and registered to Defendant PEOPLE EXPRESS TRANSPORT LTD., and failed to

15  pay full attention and violently rear-ended Plaintiff's vehicle causing him to lose control of his vehicle

16  causing him to leave the freeway where he overturned his tracker trailer in the open desert. This

17  collision caused serious and disabling injuries to Plaintiffs person.

18       6.      That at all relevant times, Defendant JOGINDER SINGH was an agent, servant,

19  employee, or joint venturer of Defendant PEOPLE EXPRESS TRANSPORT LTD.. Defendant

20  PEOPLE EXPRESS TRANSPORT LTD., is vicariously liable for the acts of Defendant JOGINDER

21  SINGH and/or its employees, agents or partners. Defendant PEOPLE EXPRESS TRANSPORT

22  LTD., has fully authorized, approved and ratified the conduct of Defendant JOGINDER SINGH.

23       7.      That at said time and place, Defendants so negligently, intentionally, and/or recklessly

24  operated, owned, maintained, controlled, entrusted and drove said motor vehicle as to proximately

25  cause the accident with Plaintiff's vehicle.

26       8.      That as a direct and proximate result of the negligent, intentional, and/or reckless

27  conduct on the part of the Defendants, the Plaintiff CARLOS ESPINOZA was rendered sick and lame

28  and received serious and disabling injuries to his person; severe shock to the nervous system and great

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

1  pain, suffering anxiety; and loss of enjoyment of life that further Plaintiff CARLOS ESPINOZA was

2  prevented in part from attending to his usual activities and will be prevented, in part, from attending

3  to his usual activities in the future; and that, further, said injuries have permanently and partially

4  disabled said Plaintiff.

5        9.    As a direct and proximate result of the negligent, intentional, and/or reckless conduct

6  on the part of the Defendants, as aforesaid, the Plaintiff CARLOS ESPINOZA was required to seek

7  medical care and to undergo medical treatment, including, but not limited to, treatment by physicians,

8  and the taking of medication; that the total cost of said medical treatment to date is believed to be in

9  an amount in excess of $15,000.00.

10        10.    As a direct and proximate result of the negligent, intentional, and/or reckless conduct

11  of the Defendants, and each of them, as aforesaid, Plaintiff CARLOS ESPINOZA will in the future

12  be required to expend sums for medical care and treatment for such injuries, all to his damage, in a

13  sum in excess of $15,000.00.

14        11.    As a direct and proximate result of the negligent, intentional, and/or reckless conduct

15  on the part of the Defendants, as aforesaid, the Plaintiff CARLOS ESPINOZA has suffered great

16  physical and mental anguish pain, suffering, and anxiety, and loss of enjoyment of life, and will

17  continue to do so in the future, all to his damage in a sum in excess of $15,000.00.

18        12.    As a direct and proximate result of the negligent, intentional, and/or reckless conduct

19  on the part of the Defendants, as aforesaid, the Plaintiff CARLOS ESPINOZA has incurred lost wages

20  and loss of earning capacity and will continue to do so in the future, all to his damage in a sum to be

21  determined at trial.

22        13.    Defendants' actions were malicious, wilful, oppressive, intentional and done in a

23  reckless disregard of Plaintiff's rights, proximately causing injuries to Plaintiff as alleged herein.

24  Punitive damages should be awarded against Defendants in a sum to be determined at the time of

25  trial.

26        14.    That the Plaintiff CARLOS ESPINOZA has been required to retain an attorney to

27  prosecute this action, and is entitled to recover reasonable attorney's fees, interest and costs of suit.

28  //

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

## II.

## SECOND CAUSE OF ACTION

## (NEGLIGENT AND RECKLESS HIRING, TRAINING, SUPERVISION & RETENTION)

15.    Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 14 of the Complaint, as though fully set forth herein.

16.    That Defendant PEOPLE EXPRESS TRANSPORT LTD., had a duty to exercise due care in its dealings with the Plaintiff CARLOS ESPINOZA and in the selection, training, supervision, oversight, direction, retention and control of its employees and/or agents.

17.    That Defendant PEOPLE EXPRESS TRANSPORT LTD., breached that duty by employing Defendant JOGINDER SINGH, even though Defendant PEOPLE EXPRESS TRANSPORT LTD., knew, or should have known, of Defendant JOGINDER SINGH'S dangerous propensities, and that he was unfit for employment.

18.    That as a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has been damaged in a sum in excess of $15,000.00.

19.    Defendants' actions were malicious, wilful, oppressive, intentional and done in a reckless disregard of Plaintiff's rights, Defendant was operating its vehicle under the influence of an unlawful substance. Punitive damages should be awarded against Defendants in a sum to be determined at the time of trial.

20.    That the Plaintiff CARLOS ESPINOZA has been required to retain an attorney to prosecute this action, and is entitled to recover reasonable attorney's fees, interest and costs of suit.

## III.

## THIRD CAUSE OF ACTION

## (NEGLIGENCE PER SE)

21.    Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 20 of the Complaint, as though fully set forth herein.

22.    California Vehicle Code 22350 and Department of Transportation Rules and Regulations are intended to protect a class of drivers, including Plaintiff CARLOS ESPINOZA when operating motor vehicles on roadways.

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

23. Defendant JOGINDER SINGH violated California Vehicle Code 22350 and Department of Transportation Rules and Regulations. As no person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property. Defendant violated CVC 22350 and Department of Transportation Rules and Regulations and thus violently rear-ended Plaintiffs' vehicle causing serious and disabling injuries.

24. That at all relevant times, Defendant JOGINDER SINGH was an agent, servant, employee, or joint venturer of Defendant PEOPLE EXPRESS TRANSPORT LTD. Defendant PEOPLE EXPRESS TRANSPORT LTD. is vicariously liable for the acts of Defendant JOGINDER SINGH and/or its employees. Defendant PEOPLE EXPRESS TRANSPORT LTD. has fully authorized, approved and ratified the conduct of Defendant JOGINDER SINGH.

25. Violation of CVC 22350 and Department of Transportation Rules and Regulations by Defendants is negligence per se as Plaintiffs' damages were directly and proximately caused by said violation.

26. That as a direct and proximate result of the conduct of Defendants and their violation of CVC 22350 and Department of Transportation Rules and Regulations, Plaintiffs have been damaged in a sum in excess of $15,000.00.

27. Defendants' actions were malicious, wilful, oppressive, intentional and done in a reckless disregard of Plaintiffs' rights and proximately caused damage to Plaintiffs. Punitive damages should be awarded against Defendants in a sum to be determined at the time of trial.

28. That the Plaintiffs CARLOS ESPINOZA and CRISTINA ESPINOZA have been required to retain an attorney to prosecute this action, and is entitled to recover reasonable attorney's fees, interest and costs of suit.

## IV.

### THIRD CAUSE OF ACTION

### (LOSS OF CONSORTIUM)

29. Plaintiffs repeat and reallege paragraphs 1 through 28 and incorporate same by

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

1  reference as though fully set forth herein.

2        30.    Plaintiff CARLOS ESPINOZA is obligated to provide for the support, maintenance

3  and care of his wife, CRISTINA ESPINOZA; that by reason of the injuries suffered by Plaintiff

4  CARLOS ESPINOZA, Plaintiff, CRISTINA ESPINOZA, has been deprived of her husband's society

5  and companionship and as it has not been possible for him to perform his normal duties as spouse and

6  has hindered his ability to support and maintain Plaintiff, CRISTINA ESPINOZA, all to her damage

7  in a sum to be determined at the time of trial.

8        31.    Plaintiff, CRISTINA ESPINOZA, has been required to obtain the services of an

9  attorney in order to prosecute this action and is entitled to recover reasonable attorney's fees plus

10  interest and costs of suit.

11        WHEREFORE, Plaintiff prays judgment against the Defendants as follows:

12      1.    For a sum in excess of $15,000.00 for past and future medical expenses;

13      2.    For a sum in excess of $15,000.00 for past and future pain, suffering, anxiety and

14          general damages;

15      3.    For a sum to be determined at trial for past and future loss of income;

16      4.    For a sum in excess of $15,000.00 for loss of enjoyment of life;

17      5.    For a sum to be determined at the time of trial for punitive damages;

18      6.    For a sum to be determined at trial for past and future loss of consortium and general

19          damages;

20      7.    For reasonable attorney's fees, interest and costs of suit; and

21      8.    For such other and further relief as the Court may deem just and proper.

22  Dated this _28th_ day of June, 2017.

23

24

25  _____

26  DANIEL S. SIMON, ESQ.
Nevada Bar No. 4750

27  SIMON LAW
810 South Casino Center Blvd.

28  Las Vegas, Nevada 89101
Attorneys for Plaintiff

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

Page 6

Exhibit "B"

Electronically Filed
9/27/2017 12:12 PM
Steven D. Grierson
CLERK OF THE COURT

1  ANS
   ANNALISA N. GRANT, ESQ.
2  Nevada Bar No. 11807
   GRANT & ASSOCIATES
3  7455 Arroyo Crossing Parkway, Suite 300
   Las Vegas, Nevada 89113
4  Phone: (702) 940-3529
   Fax:    (855) 429-3413
5  Annalisa.Grant@aig.com

6  Attorney for Defendants
   JOGINDER SINGH and
7  PEOPLE EXPRESS TRANSPORT LTD.

8

9                    **DISTRICT COURT**

10              **CLARK COUNTY, NEVADA**

11                       * * *

   CARLOS    ESPINOZA;    and    CRISTINA  )  CASE NO.:  A-17-757605-C
12 ESPINOZA, Husband and Wife               )  DEPT. NO.: XXI
                                            )
13              Plaintiffs,                 )  **DEFENDANTS JOGINDER SINGH**
                                            )  **AND PEOPLE EXPRESS**
14 vs.                                      )  **TRANSPORT LTD.'S ANSWER TO**
                                            )  **PLAINTIFFS' COMPLAINT**
15 JOGINDER  SINGH;  PEOPLE  EXPRESS        )
   TRANSPORT LTD.; DOES I through V and     )
16 ROE  CORPORATIONS  VI  through  X,       )
   inclusive,                               )
17                                          )
                Defendants.                 )
18                                          )

19       COME NOW Defendants, JOGINDER SINGH and PEOPLE EXPRESS TRANSPORT

20 LTD., by and through their counsel of record, Annalisa N. Grant, Esq. of Grant & Associates,

21 and hereby Answer Plaintiffs' Complaint as follows:

22                              I.

23                **FIRST CAUSE OF ACTION**

24                    (NEGLIGENCE)

25       1.      Answering paragraph 1 of the Complaint, these Answering Defendants are

26 without sufficient information to form a belief as to the truth of the allegations contained

27 therein, and therefore deny the same.

28       2.      Answering paragraph 2 of the Complaint, these Answering Defendants admit the

                              1

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada  89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

allegations contained herein.

3.      Answering paragraph 3 of the Complaint, these Answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

4.      Answering paragraph 4 of the Complaint, these Answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

5.      Answering paragraph 5 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

6.      Answering paragraph 6 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

7.      Answering paragraph 7 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

8.      Answering paragraph 8 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

9.      Answering paragraph 9 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

10.     Answering paragraph 10 of the Complaint, these Answering Defendants state

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

2

that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

11.     Answering paragraph 11 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

12.     Answering paragraph 12 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

13.     Answering paragraph 13 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

14.     Answering paragraph 14 of the Complaint, these Answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

## II.

## SECOND CAUSE OF ACTION

## (NEGLIGENT AND RECKLESS HIRING, TRAINING, SUPERVISION & RETENTION)

15.     Answering Paragraph 15 of the Complaint, these Answering Defendants repeat and respond to Paragraphs 1 through 14 as those fully set forth herein.

16.     Answering paragraph 16 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada  89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

17.     Answering paragraph 17 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

18.     Answering paragraph 18 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

19.     Answering paragraph 19 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

20.     Answering paragraph 20 of the Complaint, these Answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

### III.

### THIRD CAUSE OF ACTION

### (NEGLIGENCE PER SE)

21.     Answering Paragraph 21 of the Complaint, these Answering Defendants repeat and respond to Paragraphs 1 through 21 as those fully set forth herein.

22.     Answering paragraph 22 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

23.     Answering paragraph 23 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada  89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

4

24.      Answering paragraph 24 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

25.      Answering paragraph 25 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

26.      Answering paragraph 26 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

27.      Answering paragraph 27 of the Complaint, these Answering Defendants state that this paragraph calls for a legal conclusion and, therefore, no response is required.  To the extent this paragraph requires an answer, these Answering Defendants deny the allegations contained therein.

28.      Answering paragraph 28 of the Complaint, these Answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

**IV.**

**FOURTH CAUSE OF ACTION**

**(LOSS OF CONSORTIUM)**

29.      Answering Paragraph 29 of the Complaint, these Answering Defendants repeat and respond to Paragraphs 1 through 28 as those fully set forth herein.

30.      Answering paragraph 30 of the Complaint, these Answering Defendants are without sufficient information to form a belief as to the truth of the allegations contained therein, and therefore deny the same.

31.      Answering paragraph 31 of the Complaint, these Answering Defendants are

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1   without sufficient information to form a belief as to the truth of the allegations contained

2   therein, and therefore deny the same.

3                          **AFFIRMATIVE DEFENSES**

4                          **FIRST AFFIRMATIVE DEFENSE**

5       These answering Defendants allege that Plaintiffs' Complaint and each and every cause

6   of action stated therein fails to state facts sufficient to constitute a cause of action, or any cause

7   of action, as against this answering Defendant.

8                          **SECOND AFFIRMATIVE DEFENSE**

9       These Answering Defendants are informed and believes and thereon alleges that

10  Plaintiff's alleged damages, if any, were and are, wholly or partially, contributed or proximately

11  caused by Plaintiff's recklessness and/or negligence, thus barring or diminishing Plaintiffs'

12  recovery herein according to principles of comparative negligence.

13                         **THIRD AFFIRMATIVE DEFENSE**

14      These answering Defendants are not legally responsible for the acts and/or omissions of

15  those Defendants named herein as DOES I through V, ROE BUSINESS ENTITIES I through V

16  and ROE CORPORATIONS I through V.

17                         **FOURTH AFFIRMATIVE DEFENSE**

18      These Answering Defendants are informed and believes and thereon alleges that if

19  Plaintiff herein suffered or sustained any loss, injury, damage or detriment, the same was

20  directly and proximately caused and contributed to by the conduct, acts, omission, activities,

21  carelessness, recklessness, negligence and/or intentional misconduct of said Plaintiffs thereby

22  completely or partially barring Plaintiff's recovery herein.

23                         **FIFTH AFFIRMATIVE DEFENSE**

24      These Answering Defendants are informed and believes and thereon alleges that it is not

25  legally responsible in any fashion with respect to damages and injuries claimed by Plaintiffs in

26  the Complaint; however, if these Answering Defendants are subjected to any liability to the

27  Plaintiffs, it will be due, in whole or in part, to the breach of warranty, acts, omissions,

28  activities, carelessness, recklessness and negligence of others; wherefore, any recovery obtained

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1   by Plaintiffs herein against these Answering Defendants should be reduced in proportion to the

2   respective negligence and fault and legal responsibility of all other parties, person and entities,

3   their agents, servants and employees who contributed to and/or caused any such injury and/or

4   damages, in accordance with the law of comparative negligence; the liability of these

5   Answering Defendants, if any, is limited in direct proportion to the percentage of fault actually

6   attributed to these Answering Defendants.

7                            **SIXTH AFFIRMATIVE DEFENSE**

8          These Answering Defendants are informed and believes and thereon alleges that at the

9   time and place of the incident alleged in Plaintiff's Complaint, Plaintiffs knew of and fully

10   understood the danger and risk incident to its undertaking, but despite such knowledge,

11   Plaintiffs freely and voluntarily assumed and exposed themselves to all risk of harm and the

12   consequential injuries and damages, if any, resulting there from.

13                          **SEVENTH AFFIRMATIVE DEFENSE**

14          These Answering Defendants are informed and believes and thereon alleges that

15   Plaintiffs' Complaint and each and every cause of action contained therein is barred by the

16   applicable Statute(s) of Limitation and/or Statute(s) of Repose.

17                           **EIGHTH AFFIRMATIVE DEFENSE**

18          These Answering Defendants are informed and believes and thereon alleges that the

19   damages complained of in Plaintiffs' Complaint, if any, resulted from an unforeseeable Act of

20   God, thereby barring either partially or totally Plaintiffs' claimed damages herein.

21                            **NINTH AFFIRMATIVE DEFENSE**

22          These Answering Defendants are informed and believes and thereon alleges that as to

23   each alleged cause of action, Plaintiff has failed, refused and neglected to take reasonable steps

24   to mitigate their alleged damages, if any, thus barring or diminishing Plaintiff's recovery herein.

25                            **TENTH AFFIRMATIVE DEFENSE**

26          These Answering Defendants are informed and believes and thereon alleges that

27   Plaintiffs was reimbursed for a portion of the claimed damages by a third party; these

28   Answering Defendants are informed and believes and thereon alleges that Plaintiff have

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

7

subrogated that third party to a portion of the damages claimed herein; these Answering Defendants are informed and believes and thereon alleges that by virtue of the aforementioned subrogation, Plaintiffs have failed to name indispensable parties, and have violated the rule against splitting causes of action, thus barring Plaintiffs' recovery herein.

## ELEVENTH AFFIRMATIVE DEFENSE

These answering Defendants are informed and believe and thereon alleges that Plaintiffs have failed to join all necessary and indispensable parties to the lawsuit.

## TWELFTH AFFIRMATIVE DEFENSE

These Answering Defendants are informed and believes and thereon alleges that the injuries and damages of which Plaintiffs complain were proximately caused by, or contributed to, by the acts of other Defendant(s), persons and/or other entities, and that said acts were an intervening and superseding cause of the injuries and damages, if any, of which Plaintiffs complain, thus barring Plaintiffs from any recovery against these Answering Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

These Answering Defendants hereby incorporates by reference those affirmative defenses enumerated in Rule 8 of the Nevada Rules of Civil Procedure as though fully set forth herein.

## FOURTEENTH AFFIRMATIVE DEFENSE

Pursuant to N.R.C.P. 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available for responding party after reasonable inquiry upon the filing of these Answering Defendants' Answer to Plaintiffs' Complaint, and, therefore, these Answering Defendants reserve the right to amend their Answer to allege additional affirmative defenses, if subsequent investigation so warrants.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

\ \ \

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by virtue of the Complaint on file herein;

2. For the costs of suit incurred herein;

3. That Defendants be awarded their attorneys' fees and costs of suit incurred to defend this action; and,

4. For any such other and further relief as this Court deems just and proper.

DATED this 27th day of September, 2017.

GRANT & ASSOCIATES

/s/ Annalisa N. Grant, Esq.

ANNALISA N. GRANT, ESQ.
Nevada Bar No. 11807
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax:    (855) 429-3413
Annalisa.Grant@aig.com

Attorney for Defendants
JOGINDER SINGH and PEOPLE EXPRESS
TRANSPORT LTD.

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada  89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

9

1
2
## CERTIFICATE OF SERVICE
3
    I certify that I am an employee of GRANT & ASSOCIATES and that on this 27th day of
4
September, 2017, I served a true and correct copy of the foregoing **DEFENDANTS**
5
**JOGINDER SINGH AND PEOPLE EXPRESS TRANSPORT LTD.'S ANSWER TO**
6
**PLAINTIFFS' COMPLAINT** by serving as follows:
7
8
    _x_   Through the Court authorized electronic mail to all parties listed on the master
          service pursuant to Administrative Order 14-2 and Rule 9 of the NEFCR;
9
10
    ___   depositing said document(s) with the U.S. Postal Service;

addressed to the following person(s) at the address(es) listed below:
11
12
    Daniel D. Simon, Esq.
    SIMON LAW
13
    810 South Casino Center Blvd.
    Las Vegas, NV 89101
14
    *Attorney for the Plaintiffs*
15
16
                                    */s/ Camie DeVoge*
17
                                    _____
18
                                    An Employee of
                                    GRANT & ASSOCIATES
19
20
21
22
23
24
25
26
27
28

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

Exhibit "C"

Electronically Filed
9/27/2017 12:12 PM
Steven D. Grierson
CLERK OF THE COURT

1   DMJT
    ANNALISA N. GRANT, ESQ.
2   Nevada Bar No. 11807
    GRANT & ASSOCIATES
3   7455 Arroyo Crossing Parkway, Suite 300
    Las Vegas, Nevada 89113
4   Phone: (702) 940-3529
    Fax:    (855) 429-3413
5   Annalisa.Grant@aig.com

6   Attorney for Defendants
    JOGINDER SINGH and
7   PEOPLE EXPRESS TRANSPORT LTD.

8                              DISTRICT COURT

9                         CLARK COUNTY, NEVADA

10                                 * * *

11  CARLOS   ESPINOZA;   and   CRISTINA  )   CASE NO.:  A-17-757605-C
    ESPINOZA, Husband and Wife           )   DEPT. NO.:  XXI
12                                       )
                   Plaintiffs,           )   DEFENDANTS JOGINDER SINGH
13                                       )   AND PEOPLE EXPRESS
    vs.                                  )   TRANSPORT LTD.'S DEMAND FOR
14                                       )   JURY TRIAL
    JOGINDER  SINGH;  PEOPLE  EXPRESS    )
15  TRANSPORT LTD.; DOES I through V and )
    ROE  CORPORATIONS  VI  through  X,   )
16  inclusive,                           )
                                         )
17                 Defendants.           )
                                         )
18          COME NOW Defendants, JOGINDER SINGH and PEOPLE EXPRESS TRANSPORT,

19  LTD., by and through their counsel of record, Annalisa N. Grant, Esq. of Grant & Associates,

20  and hereby demands a trial by jury of all issues in the above-captioned action.

21          DATED this 27th day of September, 2017.

22
                                         GRANT & ASSOCIATES
23
                                         /s/ Annalisa N. Grant, Esq.
24

25                                       ANNALISA N. GRANT, ESQ.
                                         Nevada Bar No. 11807
26                                       GRANT & ASSOCIATES
                                         7455 Arroyo Crossing Parkway, Suite 300
27                                       Las Vegas, Nevada 89113

28                                       Attorney for Defendants JOGINDER SINGH and
                                         PEOPLE EXPRESS TRANSPORT LTD.

                                         1

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada  89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

## CERTIFICATE OF SERVICE

I certify that I am an employee of GRANT & ASSOCIATES and that on this 27th day of September, 2017, I served a true and correct copy of the foregoing **DEFENDANTS JOGINDER SINGH AND PEOPLE EXPRESS TRANSPORT LTD.'S DEMAND FOR JURY TRIAL** by serving as follows:

_x__ Through the Court authorized electronic mail to all parties listed on the master service pursuant to Administrative Order 14-2 and Rule 9 of the NEFCR;

____ depositing said document(s) with the U.S. Postal Service;

addressed to the following person(s) at the address(es) listed below:

Daniel D. Simon, Esq.
SIMON LAW
810 South Casino Center Blvd.
Las Vegas, NV 89101
Attorney for Plaintiff

/s/ Camie DeVoge
_____
An Employee of
GRANT & ASSOCIATES

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

2

Exhibit "D"

1  REA
   DANIEL S. SIMON, ESQ.
2  Nevada Bar No. 4750
   BENJAMIN J. MILLER, ESQ.
3  Nevada Bar No. 10406
   SIMON LAW
4  810 South Casino Center Boulevard
   Las Vegas, Nevada 89101
5  Telephone (702) 364-1650
   Facsimile (702) 364-1655
6  lawyers@simonlawlv.com
   *Attorneys for Plaintiffs*

7

# DISTRICT COURT

8

# CLARK COUNTY, NEVADA

9

10  CARLOS ESPINOZA; and                )
    CRISTINA ESPINOZA,                  )
11  Husband and Wife,                   )
                                        )
12       Plaintiffs,                    )
                                        )
13  vs.                                 )    CASE NO.: A-17-757605-C
                                        )    DEPARTMENT: XXI
14  JOGINDER SINGH;                     )
    PEOPLE EXPRESS TRANSPORT LTD.;      )
15  DOES I through V                    )
    and ROE CORPORATIONS VI through X,  )    **REQUEST FOR EXEMPTION**
16  inclusive,                          )    **FROM ARBITRATION**
                                        )
17       Defendants.                    )
                                        )
18

19       COMES NOW, Plaintiffs, by and through their undersigned attorney, DANIEL S.

20  SIMON, ESQ, and hereby files their request to exempt this action from mandatory arbitration.

21       This request is made and based upon the exemption set forth in NAR 3A that the probable

22  jury verdict value is in excess of $50,000.00, all the pleadings and papers on file herein, and the

23  following Points and Authorities.

    Dated this 22 day of September, 2017.

24

25                                           DANIEL S. SIMON, ESQ.
                                             Nevada Bar No. 4750
26                                           BENJAMIN J. MILLER, ESQ.
                                             Nevada Bar No. 10406
27                                           SIMON LAW
                                             Attorneys for Plaintiff
28

## POINTS & AUTHORITIES

### I.
### INTRODUCTION

That on or about January 21, 2016, Plaintiff, CARLOS ESPINOZA, was a truck driver traveling northbound on Interstate 15 when Defendant JOGINDER SINGH, while in the course and scope of his employment with, Defendant PEOPLE EXPRESS TRANSPORT LTD., was driving a vehicle owned and registered to Defendant PEOPLE EXPRESS TRANSPORT LTD., and failed to pay full attention and violently rear-ended Plaintiff's vehicle causing him to lose control of his vehicle causing him to leave the freeway where he overturned his tracker trailer in the open desert. This collision caused serious and disabling injuries to Plaintiffs person.

That at all relevant times, Defendant JOGINDER SINGH was an agent, servant, employee, or joint venturer of Defendant PEOPLE EXPRESS TRANSPORT LTD.. Defendant PEOPLE EXPRESS TRANSPORT LTD., is vicariously liable for the acts of Defendant JOGINDER SINGH and/or its employees, agents or partners. Defendant PEOPLE EXPRESS TRANSPORT LTD., has fully authorized, approved and ratified the conduct of Defendant JOGINDER SINGH.

That at said time and place, Defendants so negligently, intentionally, and/or recklessly operated, owned, maintained, controlled, entrusted and drove said motor vehicle as to proximately cause the accident with Plaintiff's vehicle.

That as a direct and proximate result of the negligent, intentional, and/or reckless conduct on the part of the Defendants, the Plaintiff CARLOS ESPINOZA was rendered sick and lame and received serious and disabling injuries to his person; severe shock to the nervous system and great pain, suffering anxiety; and loss of enjoyment of life that further Plaintiff CARLOS ESPINOZA was prevented in part from attending to his usual activities and will be prevented, in part, from attending to his usual activities in the future; and that, further, said injuries have permanently and partially disabled said Plaintiff.

As a direct and proximate result of the negligent, intentional, and/or reckless conduct on the part of the Defendants, as aforesaid, the Plaintiff CARLOS ESPINOZA was required to seek medical care and to undergo medical treatment, including, but not limited to, treatment by

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

physicians, and the taking of medication; that the total cost of said medical treatment to date is believed to be in an amount in excess of $111,117.99.

| | | |
|---|---|---|
| 1. | St. Rose Dominican Hospital | $TBS |
| 2. | CORE Rehab / NV Spine and Disc | $1,172.00 |
| 3. | Dr. Enrico Fazzini | $11,536.00 |
| 4. | Family Doctors of Green Valley | $3,557.00 |
| 5. | Fremont Emergency Services | $1,851.67 |
| 6. | Anesthesiology Consultants | $3,120.00 |
| 7. | Ultra Imaging / Simon Med Imaging | $9,386.32 |
| 8. | Centennial Medical Group | $26,245.00 |
| 9. | Centennial Surgery Center | $52,800.00 |
| 10. | Western Regional Center for Brain & Spine Surg. | $1,000.00 |
| 11. | Dr. Mortillaro | $TBS |
| 12. | Pueblo Medical Imaging | $450.00 |
| | Total | $111,117.99 |

## II.

## ARGUMENT

To date, Plaintiff has incurred medical expenses in excess of $111,117.99, and will incur future medical expenses. Plaintiff is asserting claims for permanent disability, pain and suffering, future medical treatment and general damages, as well as attorney's fees and costs. Due to the severe and extensive nature of the injuries sustained by Plaintiff, and their permanence in nature, the extent of damages clearly exceeds the $50,000.00 arbitration limit amount. It is therefore requested that this case be exempted from mandatory arbitration in accordance with Nevada Arbitration Rules 3A and 5A.

//
//
//
//

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655

1    I hereby certify pursuant to N.R.C.P. 11 this case to be within the exemption(s) marked

2    above and am aware of the sanctions which may be imposed against any attorney or party who

3    without good cause or justification attempts to remove a case from the arbitration program.

4        Dated this _28_ day of September, 2017.

5                                              Respectfully submitted,

6                                        By: _____

7                                              DANIEL S. SIMON, ESQ.
8                                              Nevada Bar No. 4750
                                               BENJAMIN J. MILLER, ESQ.
                                               Nevada Bar No. 10406
9                                              SIMON LAW
                                               Attorneys for Plaintiff
10

11                        **CERTIFICATE OF MAILING**

12       I hereby certify that on the _26_ day of September, 2017, I served the above and foregoing

13   **REQUEST FOR EXEMPTION FROM ARBITRATION** by depositing a true and correct copy

14   thereof in the United States Mail, in Las Vegas, Nevada, postage prepaid, addressed to the

15   following:

16   Annalisa N. Grant, Esq.
     GRANT & ASSOCIATES
17   7455 Arroyo Crossing Parkway, Suite 300
     Las Vegas, NV 89113
18   (702)940-3529
     Fax (855)429-3413
19   Annalisa.Grant@aig.com
     Attorney for Defendants
20

21

22                        _____
                          An Employee of the SIMON LAW
23

24

25

26

27

28

Page 4

SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-364-1650 Fax: 702-364-1655