AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Carlos Espinoza, et al.

          JUDGMENT IN A CIVIL CASE

         Plaintiffs,

   v.                             Case Number: 2:17-cv-02668-APG-PAL

Joginder Singh, et al.

         Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Defendants and against the Plaintiffs.

2/26/18  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk